IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR07-3039 MWB |
| | ) | JUDGMENT OF ACQUITTAL |
| JOSE JUAN ISLAS-BRAVO, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Mark W Bennett and a jury. The issues having been duly tried, the jury has rendered its verdict on Count 1s of not-guilty.

**IT IS ORDERED AND ADJUDGED**

Defendant, Jose Juan Islas-Bravo, is acquitted as to Count 1s of the Indictment.

APPROVED BY:                                              Robert L Phelps
                                                          Clerk

_/s/ Mark W. Bennett_                                     _7/25/08_
MARK W BENNETT   DISTRICT JUDGE                           (By) Deputy Clerk
UNITED STATES DISTRICT COURT